# UNITED STATES DISTRICT COURT
Northern District of Texas – Dallas Division

| | | |
|---|---|---|
| QUENTIN HAWKSLEY, | § | |
| | § | |
| PLAINTIFF | § | CASE NUMBER: 3:25-cv-2957 |
| | § | |
| VS. | § | |
| | § | |
| JEFFERSON CAPITAL SYSTEMS, LLC, | § | |
| | § | |
| DEFENDANT | § | |
| | § | DEMAND FOR JURY TRIAL |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Quentin Hawksley, pursuant to Fed. R. Civ. P. 7.1, provides the following information:

Plaintiff is an individual person. The following is a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

    Quentin Hawksley
    Jefferson Capital Systems, LLC

Dated: October 31, 2025

    Respectfully submitted,

    */s/ Daniel J. Ciment*

    Daniel Ciment
    CIMENT LAW FIRM, PLLC
    4500 Mercantile Plaza, Suite 300
    Fort Worth, TX 76137
    833-663-3289
    Daniel@cimentlawfirm.com
    ATTORNEY FOR PLAINTIFF