# UNITED STATES DISTRICT COURT
Northern District of Texas – Dallas Division

| | | |
|---|---|---|
| QUENTIN HAWKSLEY, | § § | |
| PLAINTIFF | § § | CASE NUMBER: 3:25-cv-2957 |
| VS. | § § | |
| JEFFERSON CAPITAL SYSTEMS, LLC, | § § | |
| DEFENDANT | § § § | DEMAND FOR JURY TRIAL |

## PLAINTIFF'S RESPONSE TO COURT'S ORDER
## REGARDING APPOINTMENT OF LOCAL COUNSEL

TO THE HONORABLE COURT:

Plaintiff's counsel of record, Daniel J. Ciment, is officed out of the firm's Fort Worth, Texas office located at 4500 Mercantile Plaza, Suite 300, Fort Worth, Texas 76137, which is within the 50 mile radius of the courthouse pursuant to N.D. Tex. Local Rule 83.10.

Respectfully submitted,

*/s/ Daniel J. Ciment*

Daniel Ciment
CIMENT LAW FIRM, PLLC
4500 Mercantile Plaza, Suite 300
Fort Worth, TX 76137
833-663-3289
Daniel@cimentlawfirm.com
ATTORNEY FOR PLAINTIFF

1